# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

The Bank of New York Mellon

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

Cascade Homeowners Association, Inc., et al

Case Number: 2:16-cv-01317-JCM-VCF

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Defendant Cascade for Attorney Fees in the amount of $2,740.50 pursuant to Order #60

September 20, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk