MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Daisy Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29, 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224,<br><br>          Plaintiff,<br>vs.<br><br>CASCADE HOMEOWNERS ASSOCIATION, INC.; DAISY TRUST; AND ABSOLUTE COLLECTION SERVICES, LLC,<br>          Defendants.<br>_____<br>DAISY TRUST,<br><br>          Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29, 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224,<br><br>          Counter-defendant.<br><br>CASCADE HOMEOWNERS ASSOCIATION, | CASE NO.:   2:16-cv-01317-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DAISY TRUST'S OPPOSITION TO SECOND MOTION FOR SUMMARY JUDGMENT**<br>          **(First Request)** |

1

1  IT IS HEREBY STIPULATED AND AGREED by and between defendant Daisy Trust, by and through its attorney, Adam R. Trippiedi, Esq.; and plaintiff The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2004-29, Mortgage Pass-Through Certificates, Series 2004-29, 2505 W. Chandler Blvd., Chandler, AZ 85224, by and through its attorney, William S. Habdas, Esq., as follows:

    1. On September 30, 2019, plaintiff filed a second motion for summary judgment (ECF 71).

    2. The parties are very close to resolving this matter but require additional time to reach a settlement.

    3. Based on the anticipated settlement, and in an effort to conserve the parties' resources and judicial resources, the parties agree that defendant Daisy Trust's opposition to plaintiff's second motion for summary judgment shall be due November 21, 2019.

    4. Plaintiff's reply in support of its second motion for summary judgment shall be due December 2, 2019.

    5. This request is made in good faith and not for purposes of delay.

DATED this 21st day of October, 2019.

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. LTD. | AKERMAN LLP |
|---|---|
| By: /s/ Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>Adam R. Trippiedi, Esq.<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br>Attorney for defendant Daisy Trust | By: /s/ William S. Habdas, Esq. /<br>Ariel E. Stern, Esq.<br>William S. Habdas, Esq.<br>1635 Village Center Cir, Ste 200<br>Las Vegas, Nevada 89134<br>Attorney for plaintiff |

///
///
///

**<u>ORDER</u>**

IT IS HEREBY ORDERED as follows:

1. Daisy Trust's opposition to plaintiff's second motion for summary judgment shall be due November 21, 2019.

2. Plaintiff's reply in support of its second motion for summary judgment shall be due December 2, 2019.

IT IS SO ORDERED October 21, 2019.

_____
UNITED STATES DISTRICT JUDGE