MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Daisy Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29, 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224<br><br>Plaintiff,<br>vs.<br><br>CASCADE HOMEOWNERS ASSOCIATION, INC.; DAISY TRUST; AND ABSOLUTE COLLECTION SERVICES, LLC,<br>Defendants.<br>_____<br>DAISY TRUST,<br><br>Counterclaimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29, 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224<br><br>Counter-defendant.<br><br>CASCADE HOMEOWNERS ASSOCIATION, | CASE NO.:  2:16-cv-01317-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DAISY TRUST'S OPPOSITION TO SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

1

1    IT IS HEREBY STIPULATED AND AGREED by and between defendant Daisy Trust, by and
2 through its attorney, Adam R. Trippiedi, Esq.; and plaintiff The Bank of New York Mellon f/k/a the Bank
3 of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass Through Trust
4 2004-29, Mortgage Pass-Through Certificates, Series 2004-29, 2505 W. Chandler Blvd., Chandler, AZ
5 85224, by and through its attorney, William S. Habdas, Esq., as follows:

6    1. On September 30, 2019, plaintiff filed a second motion for summary judgment (ECF 71).

7    2. The parties have reached settlement in principle but require additional time to reach agreement
8 on all terms of the settlement.

9    3. Based on the anticipated settlement, and in an effort to conserve the parties' resources and
10 judicial resources, the parties agree that defendant Daisy Trust's opposition to plaintiff's second motion
11 for summary judgment shall be due January 21, 2020.

12    4. Plaintiff's reply in support of its second motion for summary judgment shall be due February
13 3, 2020.

14    5. This request is made in good faith and not for purposes of delay.

15    DATED this 21st day of November, 2019.

16 LAW OFFICES OF                                         AKERMAN LLP
   MICHAEL F. BOHN, ESQ. LTD.
17

18 By:  /s/ Michael F. Bohn, Esq. /                       By:  /s/ William S. Habdas, Esq. /
      Michael F. Bohn, Esq.                                  Ariel E. Stern, Esq.
19    Adam R. Trippiedi, Esq.                                William S. Habdas, Esq.
      2260 Corporate Circle, Suite 480                       1635 Village Center Cir, Ste 200
20    Henderson, Nevada 89074                                Las Vegas, Nevada 89134
      Attorney for defendant Daisy Trust                     Attorney for plaintiff
21

22 / / /

23 / / /

24 / / /

25

26

27

28
                                                   2

**ORDER**

IT IS HEREBY ORDERED as follows:

1. Daisy Trust's opposition to plaintiff's second motion for summary judgment shall be due January 21, 2020.

2. Plaintiff's reply in support of its second motion for summary judgment shall be due February 3, 2020.

IT IS SO ORDERED November 21, 2019.

_____
UNITED STATES DISTRICT JUDGE
2:16-cv-01317-JCM-GWF