ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  william.habdas@akerman.com

*Attorneys for plaintiff and counter-defendant The*
*Bank of New York Mellon f/k/a The Bank of New*
*York as Trustee for the Certificateholders of*
*CWMBS, Inc., CHL Mortgage Pass-Through Trust*
*2004-29, Mortgage Pass-Through Certificates, Series*
*2004-29 2505 W. Chandler Blvd., Chandler, AZ 85224*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224, | Case No.:  2:16-cv-01317-JCM-GWF **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Plaintiff, | |
| vs. | |
| CASCADE HOMEOWNERS ASSOCIATION, INC.; DAISY TRUST; and ABSOLUTE COLLECTION SERVICES LLC, | |
| Defendants. | |

DAISY TRUST,

        Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-29 2505 W. CHANDLER BLVD., CHANDLER, AZ 85224.

        Counter-defendant.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

51489481;2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-29, Mortgage Pass-Through Certificates, Series 2004-29 2505 W. Chandler Blvd., Chandler, AZ 85224 (**BoNYM**), defendant Cascade Homeowners Association, Inc., defendant and counterclaimant Daisy Trust, and defendant Absolute Collection Services, LLC, stipulate to dismiss all claims in this action, with prejudice, each party to bear its own attorneys' fees and costs.

Cascade further acknowledges the court (**1**) taxed costs against BoNYM in the amount of $38.55 pursuant to its bill of costs on September 13, 2017 and (**2**) entered judgment in its favor and against BoNYM on September 20, 2017, in the amount of $2,740.50, pursuant to its motion for attorneys' fees.  (ECF Nos. 59 and 61.)  Cascade hereby stipulates and agrees to waive its fee and cost awards and judgment, such that each party will bear its own attorneys' fees and costs.

To the extent BoNYM or the court so requests, Cascade will file a satisfaction of judgment confirming its cost and fee awards have been fully satisfied.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

51489481;2

The lis pendens recorded on July 13, 2016 as instrument no. 201607130001200 is to be expunged and be of no further force or effect.

DATED this 29th day of January 2020.

**AKERMAN LLP**

/s/ William S. Habdas
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-29, Mortgage Pass-Through Certificates, Series 2004-29 2505 W. Chandler Blvd., Chandler, AZ 85224*

**BOYACK ORME & ANTHONY**

/s/ Colli C. McKiever
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
COLLI C. MCKIEVER, ESQ.
Nevada Bar No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant Cascade Homeowners Association, Inc.*

**THE LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.,**

/s/ Michael F. Bohn
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for defendant and counter-claimant Daisy Trust*

**ABSOLUTE COLLECTION SERVICES, LLC**

/s/ Shane D. Cox
SHANE D. COX, ESQ.
Nevada Bar No. 13852
9620 Windom Point Avenue
Las Vegas, NV 89129

*Attorneys for defendant Absolute Collection Services, LLC*

## ORDER

IT SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-01317-JCM-GWF
DATED: January 31, 2020

51489481;2

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572