UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>Plaintiff(s),<br><br>v.<br><br>CASCADE HOMEOWNERS ASSOCIATION, INC., et al.,<br><br>Defendant(s). | Case No. 2:16-CV-1317 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Bank of New York Mellon v. Cascade Homeowners Ass'n, Inc. et al.*, case number 2:16-cv-01317-JCM-GWF.

On January 29, 2020, plaintiff/counter-defendant Bank of New York Mellon ("BNYM"), defendant Cascade Homeowners Association, Inc., defendant/counterclaimant Daisy Trust, and defendant Absolute Collection Services, LLC filed a joint stipulation to dismiss all claims in this action with prejudice. (ECF No. 78). The court granted the stipulation on January 31, 2020. (ECF No. 79).

Because this action has now been fully resolved, with all claims as to all parties having been dismissed, the court will deny as moot BNYM's motion to set dispositive motion deadline (ECF No. 70) and BNYM's second motion for summary judgment (ECF No. 71).

IT IS SO ORDERED.

DATED March 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**